ED STANTON v. THE STATE.

No. 6144.   Decided February 16, 1921.

**Theft of Automobile—Escape of Appellant—Practice on Appeal.**

Where, pending the appeal the appellant had made his escape from custody, and failed to voluntarily return within ten days thereafter, his appeal is dismissed.

Appeal from the District Court of Potter. Tried below before the Honorable Henry S. Bishop.

Appeal from a conviction of theft of an automobile; penalty, seven years imprisonment in the penitentiary.

The opinion states the case.

*A. M. Mood,* for appellant.

MORROW, PRESIDING JUDGE.—Appellant was convicted of theft of an automobile and punishment fixed at confinement in the penitentiary for seven years.

It has been made to appear that, pending his appeal, the appellant made his escape from custody, and that he failed to voluntarily return within ten days thereafter. Such escape is made by the statute, Article 912, Code of Criminal Procedure, to oust this court of jurisdiction to determine the appeal upon its merits.

It is therefore ordered that the appeal be dismissed and the cause stricken from the docket.

*Dismissed.*